UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 2:21-mj-1007-MRM |
| v. | Charging District: Northern District of Florida |
| MICHAEL WILLIAM JOSEPH, III | Charging District Case No.: 5:12-cr-19-RS-LB |

### ORDER ON REMOVAL PROCEEDINGS, DETENTION, AND COMMITMENT TO ANOTHER DISTRICT

The Defendant was arrested and presented for an Initial Appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c), 32.1(a)(5), and 40. The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20. Defendant requested and was determined by the Court to be eligible for court-appointed counsel. Therefore, the Court appointed counsel to represent Defendant for purposes of proceedings in the Middle District of Florida only. Defendant waived the right to an identity hearing.

The Government seeks detention pending Defendant's removal to the Northern District of Florida on the grounds that Defendant is a serious risk of flight and a danger to the community. Defendant, through Defendant's counsel, voluntarily waived the right to a detention hearing in this District only and agreed to remain in custody pending removal. Defendant requests a detention hearing in the Northern District of Florida. Defendant, through Defendant's counsel, also waived

a preliminary hearing in this District and in the charging District pursuant to Fed. R. Crim. P. 5.1(a).

Based upon the foregoing and upon consideration of the factors enumerated in 18 U.S.C. § 3142(g), the Court **ORDERS** that:

1. Defendant shall be detained, shall be held to answer, and shall have all remaining hearings in the District Court in which the charge(s) and prosecution are pending: *i.e.*, the Northern District of Florida. This Order is without prejudice to Defendant's ability to seek conditions of release after Defendant's removal to the charging District.

2. The United States Marshal must transport the Defendant, together with a copy of this Order, to the charging District and deliver the Defendant to the United States Marshal for that District, or to another officer authorized to receive the Defendant.

3. The United States Marshal or authorized officer in the charging District should immediately notify the United States Attorney and the Clerk of Court for that District of the Defendant's arrival so that further proceedings may be promptly scheduled.

4. The Clerk of this Court is directed to promptly transmit the papers to the charging District.

**DONE** and **ORDERED** in Fort Myers, Florida on January 8, 2021.

Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Marshals Service

3